[No. 7,310.—Department One.]

## THE OAKLAND BANK OF SAVINGS *v.* CHARLES E. BURNHAM ET AL.

BREACH OF BOND.

APPEAL from a judgment for the plaintiff, and from an order denying a motion for a new trial, in the Superior Court of the County of Alameda. CRANE, J.

The defendant, Burnham, was book-keeper for the plaintiff. The action is against him and his sureties for breach of his bond. The acts complained of were that the said defendant appropriated money belonging to the plaintiff, and knowingly overdrew his account, and conspired with another wrongfully to obtain money from the plaintiff; and with intent to conceal and cover up his wrongful acts, failed and neglected to make a proper account of his over-drafts and other transactions.

*Creed Haymond,* for Appellants.

*W. H. & J. R. Glascock,* for Respondents.

The COURT:

The nonsuit was properly denied. There was evidence of a breach of the condition of the bond—" and shall make good to the said Oakland Bank of Savings all losses which may result to it from his *unfaithfulness* or neglect in its business."

Judgment affirmed.